SARAH OLINER, Plaintiff, *v.* AMERICAN-ORIENTAL BANKING CORPORATION et al., Appellants; AMERICAN RESERVE INSURANCE COMPANY et al., Respondents.

Argued March 4, 1940; decided April 9, 1940.

*Jacob Krisel* for appellants.

*Harold H. Feigin, George M. Feigin* and *Harry Salvan* for Nathaniel L. Goldstein et al., respondents.

*Lionel P. Marks* for L. H. Lindeman, respondent.

*Arnold T. Koch* and *Earle R. Koons* for American Reserve Insurance Company et al., respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.